PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

## Report on Offender Under Supervision

Name of Offender: Christopher Joe Kenimer          Case Number: 7:20CR00048-001

Name of Sentencing Judicial Officer:  Honorable David Counts, United States District Judge

Date of Original Sentence: June 24, 2020

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)

Original Sentence: 33 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: June 28, 2022

**PREVIOUS COURT ACTION**

On October 26, 2022, an Order Modifying the Conditions or Term of Supervision was filed by the Court adding the substance abuse treatment condition and shall not possess any controlled substances without a valid prescription due to the offender receiving a citation for Use of Possession of Illegal Smoking Material and admission to the use of K2.

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| | On March 21, 2024, Christopher Kenimer was arrested for Possession of Marijuana < 2oz, Misdemeanor (Class B) and Driving While License Invalid with a Previous Conviction, Misdemeanor (Class B). According to the compliant, a trooper conducting routine patrol enforcement in Ector County, Texas, was traveling south on North Lasseter Avenue when he observed a vehicle bearing Texas plates traveling west on West 2nd Street missing its front license plate. The trooper initiated a traffic stop and made contact with the driver. The driver was identified as Christopher Joe Kenimer. Kenimer had an invalid driver's license and had a previous conviction of Driving While License Invalid. While talking to Kenimer, the trooper smelled a strong odor of marijuana coming from the vehicle. When asked about the odor, Kenimer stated he had smoked recently in the vehicle. A probable cause search was conducted, and a bag of marijuana was found in the center console. Kenimer was placed under arrest and was transported to Ector County Jail. The case remains pending in Ector County, Odessa, Texas. |

U.S. Probation Officer Action:

It is respectfully recommended no action be taken at this time. Kenimer will begin treatment serves to help address his substance abuse needs. Kenimer was admonished for his non-compliance and advised failure to complete treatment, or any future violations would result in notification to the Court.

| Approved: | Respectfully submitted, |
|---|---|
| _Maria V. Ureste_ | _Mercedes Cordero_ |
| Maria Ureste | Mercedes Cordero |
| Supervising U.S. Probation Officer | United States Probation Technician |
| Telephone: (432) 685-0332 | Telephone: (432) 685-0329 |
| | Date: March 26, 2024 |

\mc

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other _____

_David Counts_
Honorable David Counts
U.S. District Judge

April 1, 2024
Date